# IN THE

# COURT OF CRIMINAL APPEALS

## AUSTIN, TEXAS

RECEIVED IN
The Court of Appeals
Sixth District

AUG 2 7 2015

Texarkana, Texas
Debra Autrey, Clerk

Darrian Davis-Sanders, Appellant

v.

The State of Texas, Appellee

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 01 2015

Abel Acosta, Clerk

From Appeal Nos.

06-14-00186-CR
06-14-00187-CR
06-14-00188-CR
06-14-00189-CR

FILED IN
COURT OF CRIMINAL APPEALS

SEP 04 2015

Abel Acosta, Clerk

Trial Court Cause Nos.

CR-12-24246
CR-12-24273
CR-12-24274
CR-12-24275

From The 336th District Court of
Fannin County, Texas

## Motion For Extension Of Time To File Petition For Discretionary Review

To The Honorable Judge of the Court of Criminal Appeals:

Comes now, Darrian Davis-Sanders, Petitioner, pro se, and files this motion for an extension of 60 (sixty) days in which to file his Petition for Discretionary Review (PDR).

In support of this motion, Petitioner shows the Court the following:

### I.

This motion is not brought to harress or vex the Court, but for equity and justice.

### II.

On May 28, 2014, the State moved to adjudicate Mr. Davis-Sanders'

guilt in all four (4) cases, herein based on an allegation of possession of methamphetamine and a firearm in each case.

On September 25, 2014, the Court entered judgements in all four (4) cases adjudicating his guilt and sentencing him to serve one (1) sixty (60) year sentence and three (3) ten (10) year sentences, to be served concurrently. Those allegations of possession of methamphetamine and a firearm have been dismissed from Dallas County.

On August 4, 2015, the Court of Appeals Sixth Appellate District of Texas at Texarkana affirm the trial court's judgement, as modified in Cause Number CR-12-24246, and the remaining trial court number affirm only.

## III.

Mr. Davis-Sanders is asking this Court for a sixty (60) day extension for the reasons below:

a.) The Eastham Unit of TDCJ, which he is assigned, is in the process of a semiannual lockdown that began on August 14, 2015, and can run a course of three (3) weeks or more. During the lockdown period there is no movement, thereby limiting legal research as the law library is closed to case work and research.

b.) Adding to Mr. Davis-Sanders' limited research issue is the fact that he has not yet received a copy of the State Appellee Brief, which is needed in order to file a Petition for Discretionary Review (PDR).

c.) Mr. davis-Sanders seeks an extension of sixty (60) days in which to submit his PDR, beginning from September 1, 2015.

## PRAYER

FOR ALL THESE REASONS MR. DAVIS-SANDERS PRAYS THIS HONORABLE COURT WILL GRANT THIS MOTION FOR EXTENSION OF TIME AND ALLOW HIM TO SUBMIT HIS PETITION FOR DISCRETIONARY REVIEW, TO BE FILED ON OR BEFORE NOVEMBER 1, 2015.

SO PRAYS THIS MOTION WILL BE GRANTED IN ALL THINGS.

Respectfully submitted,

Darrian De'Anthony Davis-Sanders
TDCJ #01957802
Petitioner Pro Se
Eastham Unit
2665 Prison Road 1
Lovelady, TX  75851-5609

## DECLARATION / CERTIFICATE OF SERVICE

I, Darrian De'Anthony Davis-Sanders, TDCJ-CID No. 01957802, being presently incarcerated at the Eastham Unit of the TDCJ-CID, in Houston County, Texas, declare under penalty of perjury pursuant to Texas Civil Practices and Remedies Code, Section § 132.001 et seq., that the facts in this motion  for extension of time are true and correct.

I further declare and certify that a copy of this motion has been forwarded first class, postpaid, on this 25th day of August, 2015, to:

The Court of Appeals Sixth Appellate District of Texas at Texarkana
100 North State Line Avenue #20
Texarkana, Texas  75501


Executed on this 22nd day of August, 2015, by:


Darrian De' Anthony Davis-Sanders
TDCJ # 01957802
Eastham Unit
2665 Prison Rd. 1
Lovelady, TX
75851-5609

Darrian De'Anthony Davis-Sanders
TDCJ #01957802
Eastham Unit
2665 Prison Rd. #1
Lovelady, TX  75851-5609

RECEIVED IN
The Court of Appeals
Sixth District
AUG 2 7 2015
Texarkana, Texas
Debra Autrey, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 01 2015
Abel Acosta, Clerk

August 21, 2015

Ms. Debra Autrey,

Clerk, Court of Appeals

State of Texas Sixth Appellate District

100 North State Line Ave. #20

Texarkana, Texas  75501

     Re: Darrian Davis-Sanders v. The State of Texas, <u>Tr. Ct. Nos.:</u>
CR-12-24246, CR-12-24274, & CR-12-24275

     <u>Appeal Nos.:</u> 06-14-00186-CR, 06-14-00187-CR, 06-14-00188-CR,
& 06-14-00189-CR

Dear Ms. Autrey, Clerk,

    I am in need of an updated docket sheet on the above style and numbers. Would you please forward me the required information at your soonest convenience?

    Thank you for your time and assistance in this matter. It is greatly appreciated.

Sincerely,

Darrian Davis-Sanders

TDCJ # 01957802

Eastham Unit

2665 Prison Rd. #1

Lovelady, TX

75851-5609